**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

OTSUKA PHARMACEUTICAL CO.,   *
LTD., *et al.*,

                                                    *

            Plaintiffs,                       *            Civil Action No. 1:15-cv-1688-KBJ

    -v.-                                        *

SYLVIA MATHEWS BURWELL, *et al.*,   *

            Defendants,                     *

            and                                 *

ALKERMES, INC., *et al.*,             *

            Intervenor-Defendants.   *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**<u>PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION</u>**

        Plaintiffs Otsuka Pharmaceutical Co., Ltd., Otsuka Pharmaceutical Development &
Commercialization, Inc., and Otsuka America Pharmaceutical, Inc. (collectively, "Otsuka")
respectfully request that the Court expedite consideration of this case for the reasons stated in the
accompanying memorandum.   Alkermes and the Federal Defendants take no position on this
motion.

                                        Respectfully submitted,

Dated: July 8, 2016

                                        /s/ *Ralph S. Tyler*
                                        Ralph S. Tyler (Bar No. 357087)
                                        rtyler@venable.com
                                        VENABLE LLP
                                        575 7th Street, NW
                                        Washington, D.C. 20004
                                        Phone: 410-244-7436
                                        Fax: 410-244-7742
                                        *Attorney for Plaintiffs*

1