**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., *et al.*, | * | |
| | * | |
| Plaintiffs, | | Civil Action No. 1:15-cv-1688-KBJ |
| -v.- | * | |
| SYLVIA MATHEWS BURWELL, *et al.*, | * | |
| Defendants, | * | |
| and | * | |
| ALKERMES, INC., *et al.*, | * | |
| Intervenor-Defendants. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR**
**MOTION FOR EXPEDITED CONSIDERATION**

Plaintiffs Otsuka Pharmaceutical Co., Ltd., Otsuka Pharmaceutical Development & Commercialization, Inc., and Otsuka America Pharmaceutical, Inc. (collectively, "Otsuka") respectfully request that the Court expedite consideration of this case.

Otsuka holds an approved New Drug Application for Abilify Maintena® (aripiprazole). The FDA first approved Abilify Maintena for maintenance treatment of schizophrenia on February 28, 2013. FDA000487-000542. Later, on December 5, 2014, the FDA approved a Supplemental New Drug Application for the treatment of adult patients experiencing an acute relapse. FDA000607-000618. Both approvals were supported by original scientific data and received three-year marketing exclusivity as non-new chemical entities. FDA000356. The first of these exclusivity periods expired on February 28, 2016; the second will expire on December 5, 2017. FDA000356.

1

On October 5, 2015, the FDA approved an application submitted by Alkermes, Inc. ("Alkermes") for its own long-acting, schizophrenia-treating injectable. FDA001217. Alkermes' application relied on safety and efficacy data for aripiprazole. This action challenges the FDA's decision to approve that application despite Otsuka's exclusivity periods.

Otsuka promptly filed its complaint challenging the FDA's decision on October 15, 2015. It simultaneously filed a motion to expedite briefing, which was denied as moot after the parties agreed on an expedited briefing schedule. Cross-motions for summary judgment were fully briefed on December 18, 2015. Oral argument on the motions was held on January 7, 2016.

Otsuka is cognizant of this Court's heavy caseload, but it respectfully requests that the Court expedite consideration of the cross-motions for summary judgment. Otsuka continues to be harmed every day that its marketing exclusivity goes unenforced. One period of exclusivity has already expired during the six months that the cross-motions have been under advisement, and less than half of the other exclusivity period remains. Given the rapidly disappearing nature of the rights Otsuka seeks to protect, the interests of justice favor resolving the case as promptly as possible.

Respectfully submitted,

Dated: July 8, 2016

/s/ *Ralph S. Tyler*
Ralph S. Tyler (Bar No. 357087)
rtyler@venable.com
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
Phone: 410-244-7436
Fax: 410-244-7742

*Attorney for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on this 8th day of July, 2016, the above motion for expedited consideration was filed and served electronically using the CM/ECF system to:

    Roger Gural
    Trial Attorney
    Consumer Protection Branch
    United States Department of Justice
    450 Fifth St., N.W., Suite 6400 South
    Washington, DC 20530

    William M. Jay
    Goodwin Procter LLP
    901 New York Avenue NW
    Washington, DC 20001

    Christopher T. Holding
    Sarah K. Frederick
    Goodwin Procter LLP
    Exchange Place
    53 State Street
    Boston, MA 02109

                                         /s/ *Ralph S. Tyler*
                                         Ralph S. Tyler